IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEPHEN J MAHER, WILLIAM MCANULLA,

    Plaintiffs,

v.                                        CASE NO. 1:10-cv-00255-MP -GRJ

ALLAN SPEAR CONSTRUCTION LLC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 8, Second Motion for Extension of Time to File Answer by Allan Spear Construction LLC. Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant requests a 12-day extension of time to respond to the Complaint. Defendant has conferred with counsel for Plaintiff and represents that counsel for Plaintiff does not oppose the requested extension of time. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Second Motion for Extension of Time, Doc. 8, is GRANTED.

2.    Defendant shall respond to Plaintiff's Complaint on or before March 4, 2011.

**DONE AND ORDERED** this  *18th* day of February, 2011



*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge