IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEPHEN J MAHER, WILLIAM MCANULLA,

    Plaintiffs,

v.                                        CASE NO. 1:10-cv-00255-MP -GRJ

ALLAN SPEAR CONSTRUCTION LLC,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 10, Notice of Settlement by Stephen J Maher and William Mcanulla. Plaintiffs have notified the Court that a settlement had been reached in this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiffs' complaint is DISMISSED with prejudice and this case is closed.

2. The Court will retain jurisdiction for sixty (60) days to ensure the settlement is effected.

**DONE AND ORDERED** this *3rd* day of March, 2011

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge