IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEPHEN J MAHER, WILLIAM MCANULLA,

    Plaintiffs,

v.                                             CASE NO. 1:10-cv-00255-MP -GRJ

ALLAN SPEAR CONSTRUCTION LLC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, joint motion to approve settlement and release agreement. Claims for wages arising under the Fair Labor Standard Act may be settled or compromised only with the approval of the Court or Secretary of Labor. *See Lynn's Food Stores, Inc v. United States*, 679 F. 2d 1350 (11 Cir. 1982). As such, the parties move the Court to approve the settlement and release agreement. The Court finds the parties' settlement to be fair and reasonable in light of a bona fide dispute. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Court's order dismissing the case, Doc. 11, is VACATED.

    2.    The joint motion to approve settlement and release agreement, Doc. 12, is GRANTED.

    3.    The parties' settlement and release agreement, Doc. 12, is APPROVED.

    4.    The plaintiffs' complaint, Doc. 1, is DISMISSED with prejudice and this case is closed. Each party shall bear their own fees and costs except as provided in the settlement and release agreement.

5. The Court will retain jurisdiction for sixty (60) days to ensure the settlement is effected.

**DONE AND ORDERED** this   *20th* day of April, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge